# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:

    MT. CALVARY MISSIONARY BAPTIST
    CHURCH OF JACKSONVILLE, INC.,

                                    CASE NO.: 08-00314-3F1

                                    Debtor.

_____

    MT. CALVARY MISSIONARY BAPTIST
    CHURCH OF JACKSONVILLE, INC.,

                                    Plaintiff,

Vs.                                                       Adversary Proceeding No.:

    CHURCH MORTGAGE AND LOAN
    CORPORATION.,

                                    Defendant.

_____

## COMPLAINT TO AVOID LIEN AND FOR DECLARATORY JUDGMENT

PLAINTIFF, **MT. CALVARY MISSIONARY BAPTIST CHURCH OF JACKSONVILLE, INC**, sues the Defendant, **CHURCH MORTGAGE AND LOAN CORPORATION,** pursuant to Bankruptcy Rule 7001, and alleges:

1.      This is an adversary proceeding to avoid a lien, and for declaratory judgment.

2.      The Court has jurisdiction over this action and the parties by virtue of 28 U.S.C. §§ 157 and 1334.

1

3. This is a core proceeding pursuant to 11 U.S.C. § 157 (b).

4. This is an action pursuant to 11 U.S.C. § 506 to value the collateral and determine the status of the Defendant's lien and claim against Plaintiff's real property.

5. Defendant holds a mortgage on Plaintiff's real property, located in Duval County, Florida, detailed legal description of which is on attached Exhibit "A."

6. James C. Mize, Jr., as Trustee, holds a mortgage on the same real property, and James C. Mize, Jr., as Trustee's mortgage is superior to the mortgage of the Defendant.

7. The fair market value of the subject real property is less than the total amount of debt secured by the James C. Mize, Jr., as Trustee's mortgage and, accordingly, there is no equity in the property which is secured by Defendant's mortgage.

**WHEREFORE,** the Plaintiff, **MT. CALVARY MISSIONARY BAPTIST CHURCH OF JACKSONVILLE, INC**, hereby respectfully requests this Honorable Court to avoid the lien of the Defendant mortgage, and declare it to be void and of no force or effect.

**DATED:** This 1st day of September, 2009.

Respectfully submitted,

REHAN N. KHAWAJA, ESQUIRE
Florida Bar No.: 0064025
817 North Main Street
Jacksonville, Florida 32202
Telephone: (904) 355-8055
Facsimile: (904) 355-8058

Attorney for Plaintiff

## Exhibit "A"

Parcel 1:

Consisting of Parcels A through O

PARCEL A:

Lot Four (4), Block Twenty-one (21), BROOKLYN, according to plat recorded in Plat Book 1, page 86, of the former Public Records of Duval County, Florida.

PARCEL B:

The Northwesterly Fifty-Four (54) feet of Lot Five (5), Block Twenty-One (21), BROOKLYN, according to plat recorded in Plat Book 1, page 86, of the former Public Records of Duval County, Florida.

PARCEL C:

The Northeast one-half (1/2) of Lot 7, Block 21, BROOKLYN, according to plat recorded in Plat Book "AJ", page 723, former Public Records of Duval County, Florida.

PARCEL D:

The Northeast one-half (1/2) of Lot One (1), Block Twenty-Seven (27) Brooklyn, according to plat thereof recorded in Deed Book A.J., pages 722-723 of the former Public Records of Duval County, Florida, and also according to the plat of Brooklyn as used by the Commissioners in the division of the Milas Price Estate, as recorded in Plat Book 1, page 86 of the former Public Records of Duval County, Florida.

PARCEL E:

The Southwest 1/2 of Lot 1, Block 27, BROOKLYN, according to plat thereof recorded in Plat Book 1, page 86, of the Public Records of Duval County, Florida.

PARCEL F:

The Northeasterly 12.5 feet of Lot 7, Block 27, BROOKLYN, according to Plat recorded in Plat Book 1, page 86, of the former Public Records of Duval County, Florida, bounded as follows: Beginning in the Northwesterly line of Chelsea Street at the most Southerly corner of Lot 8, Block 27, BROOKLYN, according to Plat recorded in Plat Book 1, page 86, former Public Records of Duval County, Florida; run thence Southwesterly along the Northwesterly line of Chelsea Street 12.5 feet, more or less, to a point which is located on a prolongation Southeasterly of an existing fence line; run thence Northwesterly to and along an existing fence and a prolongation Northwesterly thereof a distance of 105 feet, more or less, to the Northwesterly line of said Lot 7; run thence Northeasterly along the Northwesterly line of said Lot 7 a distance of 12.5 feet, more or less, to the most Westerly corner of said Lot 8; run thence Southeasterly along the Southwesterly line of said Lot 8 a distance of 105 feet to Point of Beginning.

## Exhibit "A"

**PARCEL G:**

Lot 8, Block 27, BROOKLYN, according to Plat recorded in Deed Book "AJ", page 723, of the former Public Records of Duval County, Florida.

**PARCEL H:**

That part of Lot 8, Block 28, BROOKLYN, according to plat thereof recorded in Plat Book 1, page 86, of the former Public Records of Duval County, Florida, described as follows: For Point of Beginning, being at the intersection of the Southwesterly right-of-way line of Dora Street and the Northwesterly right-of-way line of Spruce Street; thence Northwesterly along the Southwesterly line of Dora Street 40 feet to a point (said point being the Southeasterly boundary line of the lands described in Deed recorded in Official Records Volume 1459, page 53, of the Public Records of Duval County, Florida); thence Southwesterly parallel to Spruce Street, and along said Southeasterly boundary line as described in said Deed, 21 feet to a point, thence Southeasterly parallel to Dora Street 40 feet to the Northwesterly right-of-way line of Spruce Street, said line also being the Northeasterly line of the property described in Official Records Volume 42, page 286, current Public Records of Duval County, Florida; thence Northeasterly along the Northwesterly line of Spruce Street 21 feet to the Point of Beginning.

**PARCEL I:**

Lot 4, Block 30, BROOKLYN, according to the plat thereof as recorded in Plat Book "AJ", Page 723, former Public Records of Duval County, Florida.

**PARCEL J:**

Lot 4, Block 31, BROOKLYN, according to the plat thereof, recorded in Plat Book 1, Page 86, of the former Public Records of Duval County, Florida, except East 29.91 feet.

**PARCEL K:**

Northwesterly 1/2 of Lot 5, Block 31, BROOKLYN, according to the plat thereof, recorded in Plat Book 1, Page 86, former Public Records of Duval County, Florida.

**PARCEL L:**

The Southeasterly 1/2 of Lot 5, Block 31, BROOKLYN, according to the plat thereof recorded in Plat Book 1, Page 86, former Public Records of Duval County, Florida.

**PARCEL M:**

Lot 6, Block 31, BROOKLYN, according to the plat thereof recorded in Plat Book 1, Page 86, of the former Public Records of Duval County, Florida, LESS AND EXCEPTING THEREFROM the Northwest 26 feet of the Southeast 61 feet.

**PARCEL N:**

The North 26 feet of the Southeast 61 feet of Lot 6, Block 31, BROOKLYN SUBDIVISION, according to the plat thereof recorded in Plat Book 1, Page 86, of the former Public Records of Duval County, Florida.

**PARCEL O:**

Lot Seven (7), except the Easterly 30 feet thereof, Block Thirty-one (31), BROOKLYN, according to the plat recorded in Plat Book 1, Page 86, of the former Public Records of Duval County, Florida.

23

# Exhibit A

## Parcel 2:

A portion of the Charles F. Sibbald Grant, Section 39, Township 1 South, Range 26 East, Jacksonville, Duval County, Florida and being more particularly described as follows:

For a Point of Beginning commence at a concrete monument at the intersection of the Westerly right-of-way line of the Jacksonville Expressway (Interstate Highway No. 95) with the Northerly right-of-way line of Walgreen Road (said right-of-way being as described in Official Records of said county in Volume 790, page 452) and thence North 82 deg 25 min 57 sec West along said Northerly right-of-way line a distance of 60.67 feet to a concrete monument; run thence North 00 deg 55 min 57 sec West parallel with said Jacksonville Expressway a distance of 30.33 feet to a concrete monument; run thence North 82 deg 25 min 57 sec West parallel with and a distance of 30 feet Northerly from the Northerly right-of-way line of said Walgreen Road, when measured at right angles thereto, a distance of 543.57 feet to a point of curvature; run thence in a Northwesterly direction along the arc of a curve concave to the Northeast and having a radius of 20 feet, a chord distance of 20.89 feet to a point of reverse curve, the bearing of the aforementioned chord being North 50 deg 57 min 03 sec West; continue thence in a Northwesterly direction along the arc of a second curve concave to the Southwest and having a radius of 90 feet, a chord distance of 78.66 feet, to a concrete monument, the bearing of the aforementioned chord being North 45 deg 22 min 51 sec West; run thence North 00 deg 55 min 57 sec West parallel with said Jacksonville Expressway, a distance of 291.10 feet to a concrete monument; run thence North 89 deg 04 min 03 sec East, a distance of 668.69 feet to a concrete monument on the said Westerly right-of-way line of the Jacksonville Expressway; run thence South 00 deg 55 min 57 sec East continuing along said Westerly right-of-way of the Jacksonville Expressway a distance of 480.32 feet to the Point of Beginning.

Together with non-exclusive easement for the purposes set forth therein as shown in Warranty Deed filed in Official Records Book 3468, Page 214, and re-recorded in Official Records Book 3640, Page 308, and in Warranty Deed filed in Official Records Book 8849, Page 2332, Public Records of Duval County, Florida, over the following described property:

A thirty (30) foot wide strip of land in the Charles F. Sibbald Grant, Section 39, Township 1 South, Range 26 East, Jacksonville, Duval County, Florida, and being more particularly described as follows: For Point of Reference commence at the intersection of the Westerly right-of-way line of the Jacksonville Expressway (Interstate Highway #95) with the Northerly right-of-way line of Walgreen Road (said right-of-way being as described in the official records of said county in Volume 790, page 452) and run thence North 82 deg 25 min 57 sec West along said Northerly right-of-way line a distance of 60.67 feet to a point for the Point of Beginning.

From the Point of Beginning thus described continue thence North 82 deg 25 min 57 West along the Northerly right-of-way line of said Walgreen Road, a distance of 548.05 feet to the Point of Curvature; run thence in a Northwesterly direction along the arc of a curve concave to the Northeast and having a radius of 50 feet, a chord distance of 52.22 feet to a Point of Reverse Curve, the bearing of the aforementioned chord being North 50 deg 57 min 03 sec West, continue thence in a Northwesterly direction along the arc of a second curve concave to the Southwest and having a radius of 60 feet, a chord distance of 52.44 feet, to a point, the bearing of the aforementioned chord being North 45 deg 22 min 51 sec West; run thence North 18 deg 42 min 26 sec East radially to last mentioned point on said curve, a distance of 30.0 feet to an iron pipe; run thence in a Southeasterly direction along the arc of a curve concave to the Southwest and having a radius of 90 feet, a chord distance or 78.66 feet to a Point of Reverse Curve, the bearing of the aforementioned chord being South 45 deg 22 min 51 sec East; run thence in a Southeasterly direction along the arc of another curve concave to the Northeast and having a radius of 20 feet, a chord distance of 20.89 feet to a Point of Tangency of said curve, the bearing of the aforementioned chord being South 50 deg 57 min 03 sec East; run thence South 82 deg 25 min 57 sec East parallel with and distant 30 feet Northerly from the Northerly right-of-way line of said Walgreen Road when measured at right angles thereto, a distance of 543.57 feet to an iron pipe; run thence South 00 deg 55 min 57 sec East parallel with and distant 60 feet Westerly from said Westerly right-of-way line of the Jacksonville Expressway when measured at right angles thereto, a distance of 30.33 feet to the Point of Beginning.

# Exhibit "A"

Parcel 3:

### MAP SHOWING SURVEY OF

**PARCEL A**
PART OF LOT 6, BLOCK 28, BROOKLYN, ACCORDING TO THE PLAT THEREOF RECORDED IN DEED BOOK "AJ", PAGES 722 AND 723 OF THE FORMER PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA, MORE PARTICULARLY DESCRIBED AS FOLLOWS:
BEGIN AT AN IRON AT THE INTERSECTION OF THE NORTHWESTERLY LINE OF SPRUCE STREET (A 33.0 FOOT RIGHT-OF-WAY) AND THE SOUTHWESTERLY LINE OF DORA STREET (A 33.0 FOOT RIGHT-OF-WAY); THENCE NORTHWESTERLY ALONG THE SOUTHWESTERLY LINE OF SAID DORA STREET, 40.0 FEET TO AN IRON; THENCE SOUTHWESTERLY PARALLEL TO SPRUCE STREET, 21.0 FEET TO AN IRON; THENCE SOUTHEASTERLY PARALLEL TO DORA STREET, 40.0 FEET TO AN IRON IN THE NORTHWESTERLY LINE OF SAID SPRUCE STREET; THENCE NORTHEASTERLY 21.0 FEET ALONG THE NORTHWESTERLY LINE OF SAID SPRUCE STREET TO THE POINT OF BEGINNING.

**PARCEL B**
LOTS 4 AND 7, EXCEPT THE NORTHEASTERLY 30.0 FEET AND ALL OF LOTS 5 AND 6, BLOCK 31, BROOKLYN, ACCORDING TO THE PLAT THEREOF RECORDED IN DEED BOOK "AJ", PAGES 722 AND 723 OF THE FORMER PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA.

**PARCEL C**
LOTS 1, 8 AND THE NORTHEASTERLY 12.5 FEET OF LOT 7, BLOCK 27, BROOKLYN, ACCORDING TO THE PLAT THEREOF RECORDED IN DEED BOOK "AJ", PAGES 722 AND 723 OF THE FORMER PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA.

**PARCEL D**
LOT 4 AND THE NORTHWESTERLY 54.0 FEET OF LOT 5, BLOCK 21, BROOKLYN, ACCORDING TO THE PLAT THEREOF RECORDED IN DEED BOOK "AJ", PAGES 722 AND 723 OF THE FORMER PUBLIC RECORDS OF DUVAL COUNTY, FLORIDA.

FOR: MT. CALVARY BAPTIST CHURCH

25

Exhibit "A"



26